IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN SALCIDO,

     Plaintiff,                      No. 2:11-cv-0611 LKK KJN P

    vs.

CONRAD and RICE,[1]

     Defendants.            ORDER

_____/

        By an order filed May 20, 2011, this court directed the United States Marshal to serve all process without prepayment of costs. On June 29, 2011, the Marshal returned the summons and complaint indicating service on defendant Conrad had been executed. Defendant Conrad, although properly served,[2] has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant Conrad show cause, within twenty-one days from the date of this order, why default should not be entered;

---

[1] Plaintiff's claims against defendant Sisto were dismissed on May 23, 2011. (Dkt. No. 12.)

[2] Court records indicate that defendant Conrad accepted service on June 10, 2011. (Dkt. No. 14 at 1.)

1

        2. The Clerk of the Court shall forward a copy of this order to defendant Correctional Officer Conrad, California State Prison-Solano, 2100 Peabody Road, Vacaville, California  95696; and

        3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

DATED:  October 19, 2011

        _____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE

salc0611.77d