IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN SALCIDO,

      Plaintiff,                  No. 2:11-cv-0611 LKK KJN P

    vs.

CONRAD and RICE,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. On October 20, 2011, defendant Conrad was directed to show cause, within twenty-one days, why default should not be entered. On November 1, 2011, counsel entered a notice of appearance on behalf of defendant Conrad, and defendant Conrad filed a response to the court's order to show cause. Defendant provided a declaration as to his inadvertent failure to timely file a responsive pleading, as well as to the facts underlying his defense to plaintiff's claims. Accordingly, the order to show cause is discharged, and defendant Conrad is directed to file a responsive pleading.

        IT IS HEREBY ORDERED that:

        1. The October 20, 2011 order to show cause (dkt. no. 18) is discharged; and

////

////

1

      2. Defendant Conrad shall file a responsive pleading within twenty-one days from the date of this order.

DATED: November 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

salc0611.oscr